[Cite as *State v. Weir*, 2022-Ohio-330.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## ASHTABULA COUNTY

| | |
|---|---|
| STATE OF OHIO, | CASE NO. 2021-A-0032 |
| Plaintiff-Appellee, | |
| - v - | Criminal Appeal from the<br>Court of Common Pleas |
| KEVIN A. WEIR, | Trial Court No. 2016 CR 00465 |
| Defendant-Appellant. | |

# M E M O R A N D U M
# O P I N I O N

Decided: February 7, 2022
Judgment: Appeal dismissed

*Colleen M. O'Toole*, Ashtabula County Prosecutor, and *Shelley M. Pratt*, Assistant Prosecutor, 25 West Jefferson Street, Jefferson, OH 44047-1092 (For Plaintiff-Appellee).

*Kevin A. Weir,* pro se, PID# A691-188, Belmont Correctional Institution, 68518 Bannock Road, P.O. Box 540, St. Clairsville, OH 43950 (Defendant-Appellant).

MATT LYNCH, J.

{¶1} Appellant, Kevin A. Weir, filed a pro se notice of appeal on October 25, 2021, from an October 12, 2021 judgment entry of the Ashtabula County Court of Common Pleas denying his motion for judicial release under R.C. 2929.20.

{¶2} In *State v. Coffman,* 91 Ohio St.3d 125, 126 (2001), the Supreme Court of Ohio held that the denial of a motion for shock probation under the former R.C. 2947.061 is never a final appealable order. The General Assembly replaced shock probation with judicial release, effective July 1, 1996.

{¶3} Ohio courts have held that the same logic regarding finality applies to the denial of a motion for judicial release. The denial of a motion for judicial release cannot affect a "substantial right" as that term is defined in R.C. 2505.02(A) because the trial court judge has full discretion whether to grant or deny judicial release. It is simply not a final appealable order. *State v. Cruz,* 8th Dist. Cuyahoga No. 109770, 2021-Ohio-947; *State v. Zakrajsek*, 11th Dist. Ashtabula No. 2018-A-0033, 2018-Ohio-1885; *State v. Williams,* 8th Dist. Cuyahoga No. 95359, 2011-Ohio-120, at ¶ 10-11; *State v. Ingram,* 10th Dist. Franklin No. 03AP-149, 2003-Ohio-5380, ¶ 6-7; *State v. Burgess,* 2d Dist. Greene No. 01-CA-87, 2002-Ohio-2594.

{¶4} Therefore, this appeal is hereby dismissed, sua sponte, for lack of a final appealable order.

{¶5} Appeal dismissed.

THOMAS R. WRIGHT, P.J.,

JOHN J. EKLUND, J.,

concur.

Case No. 2021-A-0032